# UNITED STATES DISTRICT COURT

Exhibit A

for the

Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:24-MJ-00027
)
Priority Mail, Tracking Number: 9505 5150 5493 4010 8231 40, )
addressed to ███████████████, Cincinnati, OH )
45224 with a return address of ███████ San Diego, CA 92139. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail, Tracking Number: 9505 5150 5493 4010 8231 40, addressed to ███████████████, Cincinnati, OH 45224 with a return address of ███████, San Diego, CA 92139.

located in the      Southern      District of      Ohio      , there is now concealed *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1) and 846

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| | Possession with intent to distribute a controlled substance |
| | Conspiracy to Commit a Title 21 Offense |

The application is based on these facts:

See attached affidavit of U.S. Postal Inspector Jason R. Roth

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jason R. Roth, U.S. Postal Inspector
*Printed name and title*

Sworn and subscribed to before me by reliable electronic means, specifically, FaceTime video conference, in accordance with Fed. R. Crim. P. 4.1.

Date: Jan 12, 2024

*Judge's signature*

City and state: Cincinnati, Ohio

Stephanie K. Bowman
United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Jason R. Roth, having been duly sworn, depose and state:

1. I am a United States Postal Inspector, having been so employed since February 23, 2013. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the United States Postal Inspection Service ("USPIS") with investigative responsibility for southwest Ohio and northern Kentucky. Part of my investigative responsibility involves the use of the United States Mail in the illegal transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2. I completed United States Postal Inspection Service Basic Training in May 2013. The training involved narcotic investigation techniques, chemical field tests and training in the detection and identification of controlled substances being transported in the United States Mail. In addition to this formal training, I have worked since May 2013 with various federal, state and local law enforcement agencies in the investigation of the transportation of illegal drugs and their identification.

3. This Affidavit is made in support of a search warrant for the following property, namely the package associated with the following United States Postal Service ("USPS") Priority Mail, Tracking Number:

    a. **9505 5150 5450 5493 4010 8231 40** (the "**Subject Package**")

    This Affidavit is made in support of a warrant to search the **Subject Package** for evidence of a crime as well as contraband, fruits of a crime or other items illegally possessed in relation to the following offenses:

    a. Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, § 841; and
    b. Conspiracy to Commit a Title 21 Offense, in violation of Title 21, United States Code, § 846.

    Because this Affidavit is submitted in support of the application of the United States to search the **Subject Package**, it does not include every fact known concerning this investigation. I have set forth facts and circumstances that I have relied upon to establish probable cause to justify the issuance of a warrant to search the **Subject Package**. The **Subject Package** is currently being held at the USPIS Cincinnati Field Office.

4. Based on my training and experience, I have become aware that drug traffickers frequently use Priority Mail Express and/or Priority Mail, services offered by the USPS, to transport narcotics and other dangerous controlled substances. As a result of investigations and successful controlled substance prosecutions where Priority Mail Express and/or Priority Mail were used, I have learned of certain characteristics associated with other Priority Mail Express and/or Priority Mail items previously identified as containing narcotics or other dangerous controlled substances. Some of

these characteristics include (but are not necessarily limited to or used on every occasion): false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

5. On or about January 12, 2024, U.S. Postal Inspectors identified and intercepted the **Subject Package** from the Cincinnati Network Distribution Center which is located in the Southern District of Ohio.

   The **Subject Package** is further described as:

   > **Priority Mail, Tracking Number:** 9505 5150 5493 4010 8231 40
   > Weighing approximately 4 pounds and 12 ounces in a USPS Medium Flat Rate Box. Postage paid was $17.10.
   >
   > **Sender:** ▇▇▇▇▇▇▇
   > San Diego, CA 92139
   >
   > **Addressee:** ▇▇▇▇▇▇▇
   > Cincinnati, OH 45224

6. I observed the **Subject Package** and reviewed USPS tracking information, which indicated it was mailed from the Paradise Hills Post Office, San Diego, CA 92139 on January 10, 2024.

7. I searched the CLEAR database for the listed addressee of the **Subject Package**. CLEAR is an investigative platform available exclusively to law enforcement and other government investigators that contains public-record data about people and businesses. The information obtained from the system indicated that there is no James Thurman associated with that address.

8. There is no name associated with the return address on the **Subject Package**. Through your Affiant's training and experience, it is not uncommon for a sender of a narcotics package to not list a name on the return address to further distance themselves from the package.

9. On or about January 12, 2024, I arranged for Deputy Nick Poole, Hamilton County Sheriff's Office, to utilize a narcotics canine to check the **Subject Package**. Deputy Poole and his canine "Akim" are a currently certified narcotics team. The team is certified by the Ohio Peace Officer Training Commission and the Ohio Office of the Attorney General. Deputy Poole reports that "Akim" passed all of his examinations and has successfully located hidden drugs in the past; I therefore consider "Akim" to be reliable. I met Deputy Poole at the USPIS Cincinnati Field Office, where the **Subject**

       **Package** was placed in a separate office among several other similar packages and presented to "Akim," who alerted positively to the presence or odor of a controlled substance upon the **Subject Package**. Attached to this Affidavit, and incorporated by reference, is a photocopy of the narcotic canine handler's record of examination.

10.     Based upon my experience and training, this information, along with the positive alert of narcotic canine "Akim," is indicative of the **Subject Package** containing narcotics or proceeds relating thereof.

11.     Based upon the information contained in this Affidavit, I believe that there is probable cause to believe that the **Subject Package** will contain evidence and/or contraband, fruits of crime, or other items illegally possessed. Therefore, a search warrant to open the **Subject Package** is requested.

Further, your Affiant sayeth naught.

_____
Jason R. Roth
U.S. Postal Inspector

Sworn and subscribed to and before me by reliable electronic means, specifically, FaceTime video conference, this ___12th___ day of January 2024.

_____
Stephanie K. Bowman
United States Magistrate Judge

3

Case: 1:24-mj-00027-SKB Doc #: 6 Filed: 08/19/24 Page: 5 of 7 PAGEID #: 25



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, DEPUTY N. POOLE, AM, AND HAVE BEEN, EMPLOYED BY THE HAMILTON COUNTY SHERIFF'S OFFICE, SINCE 2004. AMONG OTHER DUTIES, I AM CURRENTLY THE ASSIGNED HANDLER OF NARCOTICS DETECTION CANINE "AKIM", WHICH IS TRAINED AND CERTIFIED IN THE DETECTION OF THE PRESENCE OR ODOR OF NARCOTICS DESCRIBED AS FOLLOWS:

**Marijuana, Cocaine, Heroin, Methamphetamines, and their derivatives.**

ON 01/12/2024, AT THE REQUEST OF POSTAL INSPECTOR J.R. ROTH I RESPONDED TO THE USPIS CINCINNATI FIELD OFFICE WHERE "AKIM" DID ALERT TO AND INDICATE UPON THE FOLLOWING DESCRIBED ITEM:

USPS Priority Mail, USPS Tracking Number: 9505 5150 5493 4010 8231 40 addressed to ▮▮▮▮ Cincinnati, OH 45224 with a return address of ▮▮▮▮ San Diego, CA 92139.

BASED ON MY TRAINING AND EXPERIENCE AND THAT OF "AKIM", I CONSIDER THE ABOVE DESCRIBED ITEM TO CONTAIN WITHIN OR UPON THE PRESENCE OR ODOR OF A NARCOTIC OR OTHER DANGEROUS CONTROLLED SUBSTANCE.

_____  #1435
(Signature and Date)       1-12-24

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 513-684-8060
FAX: 513-684-8009

AO 93 (Rev. 12/09) Search and Seizure Warrant

Exhibit B

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Mail, Tracking Number: 9505 5150 5493 4010 8231 40, addressed to _____ Cincinnati, OH 45224 with a return address of _____ San Diego, CA 92139. | )<br>)<br>) Case No. **1:24-MJ-00027**<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Southern   District of   Ohio
*(identify the person or describe the property to be searched and give its location)*:
Priority Mail, Tracking Number: 9505 5150 5493 4010 8231 40, addressed to _____, Cincinnati, OH 45224 with a return address of _____, San Diego, CA 92139.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1) and 846

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   January 26, 2024
                                                                                                                        *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge   Duty Magistrate Judge   .
                                                                                                                                                              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   **11:44 AM, Jan 12, 2024**        *Stephanie K. Bowman*
                                                                                                                    *Judge's signature*

City and state:   Cincinnati, Ohio                                          Stephanie K. Bowman
                                                                                              United States Magistrate Judge
                                                                                              *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____<br><br>                                                                     _____<br>                                                                     *Executing officer's signature*<br><br>                                                                      _____<br>                                                                       *Printed name and title* |